```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
TZUMI ELECTRONICS LLC,                                                  :
                                                                        :
                                 Plaintiff,                             :      22-CV-10307 (JMF)
                                                                        :
                 -v-                                                    :      ORDER
                                                                        :
THE BURLINGTON INSURANCE COMPANY,                                       :
                                                                        :
                                 Defendant.                             :
                                                                        :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On January 23, 2023, Defendant filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. *See* ECF No. 21. On the same date, Plaintiff filed a motion for partial summary judgment. *See* ECF No. 24.

The Court will hold a telephone conference on **January 31, 2023**, at **3:30 p.m.**, to address how to proceed, including but not limited to whether Plaintiff intends to amend its Complaint to address the issues discussed in Defendant's motion; whether there is a need to brief both motions (since they are partially overlapping); and, if so, a schedule and structure for briefing the two motions that would minimize the burdens on the parties and Court. To aid that discussion, counsel shall meet and confer about those issues in advance of the conference.

To access the conference, counsel should call 888-363-4749 and use access code 5421540#. Members of the press and public may call the same number, but will not be permitted to speak during the conference. The parties are reminded to follow the procedures for telephone conferences described in the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jesse-m-furman, including Rule 3(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with the names

and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

Finally, the initial pretrial conference previously scheduled for March 23, 2023, is adjourned *sine die*.

SO ORDERED.

Dated: January 24, 2023
      New York, New York

                                                  JESSE M. FURMAN
                                                  United States District Judge