**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
TZUMI ELECTRONICS LLC,

                              Plaintiff,

          -against-                                    22 **CIVIL** 10307 (JMF)

                                                       <u>**JUDGMENT**</u>

THE BURLINGTON INSURANCE COMPANY,

                              Defendant.
------------------------------------------------------------------X


          It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Opinion and Order dated August 2, 2023, Burlington's motion

to dismiss must be and is GRANTED, and Tzumi's cross-motion for partial summary judgment

must be and is DENIED as moot. Accordingly, the case is closed.

**Dated:** New York, New York

          August 2, 2023


                                             **RUBY J. KRAJICK**

                                   _____
                                             **Clerk of Court**

                              **BY:**

                                   _____
                                             **Deputy Clerk**